**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00288-CV**
_____

**WINSTON CHARLES HERON, Appellant**

**V.**

**MICHAEL KEMP ADUDDELL, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-08-10306-CV**

**MEMORANDUM OPINION**

Appellant Winston Charles Heron filed a letter, which he designated as his brief, but failed to provide a copy of the brief to lead counsel for appellee. On February 12, 2021, we directed Heron to provide a copy of the brief to lead counsel for appellee, certify the fact of service in the form provided by Rule 9.5(e) of the Texas Rules of Appellate Procedure, and file the certificate of service with the Court of Appeals no later than February 22, 2021. *See* Tex. R. App. P. 9.5(e). On March 2, 2021, we notified the parties that the Court had not received a response from

1

Heron and warned that if Heron failed to comply, the appeal would be submitted on the record alone on March 12, 2021, which could result in dismissal for want of prosecution. Heron has not filed the certificate or otherwise indicated that he served a copy of the brief on appellee's counsel.

Heron failed to comply with a notice requiring a response within a specified time and failed to prosecute his appeal by filing a brief that complies with the rules regarding service on an opposing party. *See* Tex. R. App. P. 6.3(a), 9.5, 42.3. The appeal is dismissed for want of prosecution.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 24, 2021
Opinion Delivered March 25, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.